RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

Bamberg Family Irrevocable Living Land Trust
749 Johnson Court
Stockbridge, GA 30281

# DECLARATION OF ASSIGNEE'S UPDATE OF LAND GRANT

TO WHOMEVER IT MAY CONCERN:

This DECLARATION is directed to be attached to all deeds and/or conveyances in the name of the parties above shown as requesting recording of this document, in a manner known a nunc pro tunc (as it should have been from the beginning).

KNOWN YE ALL MEN THAT BY THESE PRESENTS:  **Kem Bamberg** DO SEVERALLY CERTIFY AND DECLARE THAT I BRING UP THE LAND GRANT IN MY NAME.  THE ASSIGNEE TO THE LAND GRANT THAT IS FILED AND KNOWN AS, THE 4TH GEORGIA LAND LOTTERIES OF 1821:  REGISTERED AS 1821 LAND LOTTERY HENRY COUNTY REGISTER OF GRANTS

SAID COPY OF WHICH IS ATTACHED HERETO.

1. I, FURTHER CERTIFY THAT I AM THE ASSIGNEE TO A PORTION OF SAID GRANT WHICH IS LEGALLY DESCRIBED AS ATTACHED HERETO AND MADE PART HERETO AND MADE APART HERETO AND MADE APART HEREOF BEING THE ONLY WAY A PERFECT, PARAMOUNT, AND ALLODIAL TITLE CAN BE HAD IN My NAME, AND PARTICULARLY THE FOLLOWING DESCRIBED LAND SO SOUGHT TO BE GRANTED:

**ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 28 of the 12th District of Henry County, Georgia and being Lot 41, EAGLE RIDGE SUBDIVISION UNIT IV, according to a plat of subdivision recorded in Plat Book 24, Page 264, Henry County, Georgia records, to which reference is hereby made for the purpose of incorporating the same herein.  Said legal description being controlling, however the property is more Commonly known as 749 Johnson Court, Stockbridge, Georgia 30281.**

1

Exhibit A

2. NOTICE OF PRE-EMPTIVE RIGHT. PURSUANT TO THE DECLARATION OF INDEPENDENCE(1776), THE TREATY OF PEACE WITH GREAT BRITAIN (8STAT) KNOWN AS THE TREATY OF PARIS [1793] AN ACT OF CONGRESS [3STAT.566, APRIL 24, 1824], THE OREGON TREATY [9STAT.869, JUNE 15, 1846], THE HOMESTEAD ACT [12STAT.392, 1862] AND 43 USC SECTIONS 57, 59, AND 83; THE RECEIPIENT HEREOF IS MANDATED BY ART. VI SECTIONS 1, 2, AND 3; ART. IV SECTIONS I CL. 1&2; SECTION 2 CL. 1 8t 2; SECTION 4; THE 4TH, 7TH, 9TH, AND 10TH AMENDMENTS [U.S. CONSTITUTION, 1781-91] TO ACKNOWLEDGE ASSIGNEE'S UPDATE OF GRANT OR PATENT PROSECUTED BY AUTHORITY OF ART. III SECTION 2 CL. 1&2 ENFORCED BY ORIGINAL/EXCLUSIVE JURISDICTION THEREUNDER AND IT IS THE ONLY WAY TO PERFECT TITLE CAN BE HAD IN MY NAME, WILCOX vs JACKSON, 13 PET. (U.S.) 498, 101. ED 264; ALL QUESTIONS OF FACT DECIDED BY THE GENERAL LAND OFFICE ARE BINDING EVERYWHERE. AND INJUNCTIONS AND MANDAMUS PROCEEDING WILL NOT LIE AGAINST IT, LITCHFIELD vs. THE REGISTER, 9 WALL (U.S.) 575, 19L. ED. 681. THIS DOCUMENT IS INSTRUCTED TO BE ATTACHED TO ALL DEEDS AND/OR CONVEYANCE IN THE NAME OF THE ABOVE PARTY.

3. LAWS OF THE LAND; THIS GRANT IS PROTECTED THROUGH THE CREATION ON THE LAWS OF THE STATE OF GEORGIA OF THE GENERAL ASSEMBLY OF DEC. 1837; THE CONSTITUTION OF THE UNITED STATES; THE CONSTITUION OF THE STATE OF GEORGIA AS AMENDED; HIS EXCELLENCY JOHN CLARK GOVERNOR AND COMMANDER IN CHIEF OF THE ARMY AND NAVY OF THIS STATE, AND OF THE MILITIA THEREOF; AN ACT TO MAKE DISTRIBUTION OF THE LATE CESSION OF LANDS, OBTAINED FROM THE CREEK NATION BY THE UNITED STATES COMMISSIONERS, IN A TREATY ENTERED INTO AT OR NEAR FORT WILKINSON, ON THE 16TH DAY OF JUNE, 1802-APPROVED MAY 11, 1803. VOL II. 100.; AN ACT TO DISPOSE OF AND DISTRIBUTE THE LANDS LATELY ACQUIRED BY THE UNITED STATES FOR THE USE OF GEORGIA, OF THE CREEK NATION OF INDIANS, BY A TREATY MADE AND CONCLUDED AT THE INDIAN SPRINGS, ON THE 8TH DAY OF JANUARY, 1821; AND TO ADD THE RESERVE AT FORT HAWKINS TO THE COUNTY OF JONES APPROVED MAY 15, 1821. VOL IV. 246; THIS EMBRACES THE TERRITORY BETWEEN THE OCMULGEE AND FLINT, ABOVE IRWIN AND BELOW COBB COUNTY.

4. Legal description of HENRY COUNTY

ALL THAT PART OF SAID TERRITORY WHICH LIES EAST OF THE LAST-MENTIONED LINE, AND A LINE COMMENCING AT THE CORNER OF MONROE COUNTY TO THE CHATTAHOOHEE, SHALL FORM ONE OTHER COUNTY TO BE CALLED HENRY.

2

A1

5. DISCLAIMER; NO CLAIM IS MADE HEREIN THAT I HAVE BEEN ASSIGNED THE ENTIRE TRACT OF LAND AS DESCRIBED IN ORIGINAL GRANT, MY ASSIGNMENT IS INCLUSIVE ONLY TO THE ATTACHED OR ABOVE LISTED LEGAL DESCRIPTION. THE FILING OF THIS DECLARATION OF LAND GRANT SHALL NOT DENY OR INFRINGE ON ANY RIGHT, PRIVILEGE OR IMMUNITY OR ANY OTHER ASSIGNEE TO ANY OTHER PORTION OF LAND COVERED IN THE ABOVE DESCRIBED GRANT.

MEMORANDUM OF LAW ON RIGHTS, PRIVILEGES AND IMMUNITIES

ALLODIAL, FREE; NOT HOLDEN OR ANY LORD OR SUPERIOR; OWNED WITHOUT OBLIGATION OF VASSALAGE OR FEALTY: THE OPPOSITE OF FEUDAL. Baker V. Dayton, 28 Wis. 384; Wallace V. Harmstad, 44 Pa. 499: (Black's Law Dictionary, 4th Edition).

ALLODIUM. LAND HELD ABSOLUTELY IN ONE'S OWN

RIGHT, AND NOT OF ANY SUPERIOR; LAND NOT SUBJECT TO

THE GRANT ALONE PASSES LAND FROM the united States of America TO THE STATE OF GEORGIA TO THE GRANTEE AND NOTHING PASSES A PERFECT TITLE TO PUBLIC LANDS BUT A GRANT/PATENT. Wilcox v. Jackson, 13 Peter (US) 498;

AS ASSIGNEE, WHETHER HE BE THE FIRST, SECOND OR THIRD PARTY TO WHOM THE TITLE IS CONVEYED SHALL LOSE NONE OF THE ORIGINAL RIGHTS PRIVILEGES OR IMMUNITIES OF THE ORIGINAL GRANTEE OF LAND GRANT/PATENT. The U.S. Constitution STATES IN ARTICLE I, SECTION 10, CLAUSE 1, "No state shall ... impair the obligations of contract.";

IMMUNITY FROM COLLATERAL ATTACK: Collins v. Bartlett, 44Cal 371: Webber v. Pere Marquete Boom Co., 62 Mich 626, 30 NW 469: Surgest v. Dow, 24 Miss 118L Pittsmont: Copper Co. v. Vanina, 71 Mont 44 Pac 461 Green v. Barker, 47 Neb 934 66 NW 1032.



Acknowledgment/Jurat

DATE: May 29, 2014          Signature: Kem Bamberg

Witness _____

STATE OF GEORGIA
COUNTY OF HENRY

On this __29__ day of ____May____, __2014__ before me,
__Mike Zabetakis__, personally appeared Kem Bamberg, known to me (or satisfactorily proven) to the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same as Homestead for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal

Mike Zabetakis
Notary Public

MIKE ZABETAKIS
Notary Public, Clayton County, GA
My Comm. Expires Aug. 26, 2015

Title (and Rank)
My commission expires __08/26/2015__

Documents     Grantee Assignee Notice of update of Land Grant, Stapled 4 pages
Exhibit A      Original Land Grant from Georgia Division of Archives and History, 4 pages,
Exhibit B      Certified Plat, 1 Page,
Exhibit C      Certified Warranty Deed, Quit claim Deed
Exhibit D      Homestead declaration, 2 pages.

4

A3

Bamberg Family Irrevocable trust
149 Johnson Court
Stockbridge, Ga 30281

# STATE OF GEORGIA

GEORGIA, HENRY COUNTY
I CERTIFY THAT THE FOREGOING
IS A TRUE AND EXACT COPY OF THE
ORIGINAL WHICH APPEARS OF RECORD
IN THIS OFFICE. BK    13588
PG    321-332
IN WITNESS WHEREOF I HAVE
THIS   3   DAY OF   June 2014
AFFIXED MY SEAL AND SIGNATURE

BARBARA A. HARRISON - HENRY SUPERIOR COURT



Doc ID:    018772000012 Type: MISC
Recorded: 05/30/2014 at 10:30:44 AM
Fee Amt: $32.00 Page 1 of 12
Henry, GA Clerk of Superior Court
Barbara Harrison Clerk of Court

BK 13588 PG 321-332

H¹

| The Georgia Archives, University System of Georgia |
| --- |

*I, Christopher M. Davidson, J.D., Director of The Georgia Archives, do hereby certify that the one page document hereto attached and made part of this certificate is a true and correct copy of page 52 of 1821 Land Lottery Henry County Register of Grants, showing Henry County, District 12, Land Lot 28, and I further certify that the described grant book is on file and of official record in the Archives of the State of Georgia.*

*IN TESTIMONY WHEREOF, I have set my hand and affixed the Official Seal of the State of Georgia this twenty-ninth day of April, 2014*

*Director, The Georgia Archives*







A4

# STATE OF GEORGIA

### By His Excellency _____

#### Commander in Chief _____

#### and of the Militia thereof. _____

##### TO ALL TO WHOM THESE _____

KNOW YE, That in pursuance of _____

bly, passed the 15th of May, 1821, for _____

the Creek Nation of Indians, and forming the counties _____

ette, and Henry, in this State, I HAVE GIVEN AND _____

ents, in the name and behalf of this State, DO GIVE _____

_Solomon Robertson of Sumter_

_Hancock County his_

heirs and assigns forever, all that Tract or Lot of Land, containing _____

a half acres, situate, lying, and being in the _Twelfth_

District of _Henry_ _____ county, in the said S_____

Tract or Lot of Land is known and distinguished in the plan _____

be _Twenty eight_ _____

form, and marked, as appear by a plat of the same hereunto annexed _____

hold the said Tract or Lot of Land, together with all and _____

and appurtenances thereof, whatsoever, unto the said _Solomon_ _____

_his_ heirs and assigns; to _his_ _____ and their _____

and behoof forever in fee simple.

GIVEN under my hand and the Great Seal of the State, this _____

day of _November_ in the year of our Lord eigh_____

_Twenty two_ and of the forty _Seventh_ _____

Independence.

Signed by His Excellency the Governor, the _John Clark_

_6_ day of _Nov_ 182_

_W C Lyman_ S. E. D.

Registered the _6_ _____ day of _November_ _____



```
DOC# 0021848
FILED IN OFFICE
11/03/2003
04:11:14PM
BK:6521 PG:0033 34
JUDITH A. LEWIS
CLERK OF
SUPERIOR COURT
HENRY COUNTY, GA
```



Return to: McCain Law Firm
2901-A Piedmont Road
Atlanta, Georgia 30305
File No:03-0640B

GEORGIA, HENRY COUNTY
I CERTIFY THAT THE FOREGOING
IS A TRUE AND EXACT COPY OF THE
ORIGINAL WHICH APPEARS OF RECORD
IN THIS OFFICE. BK 6521
PG 33-34
IN WITNESS WHEREOF I HAVE
THIS 31 DAY OF April 2014
AFFIXED MY SEAL AND SIGNATURE
Barbara A. Harrison
BARBARA A. HARRISON - HENRY SUPERIOR COURT

## QUIT-CLAIM DEED

## STATE OF GEORGIA
## COUNTY OF FULTON

THIS INDENTURE, made this 29th day of September in the year of Two Thousand and Three between Kem T. Bamberg, of the first part, and John Bamberg, of the second part.

WITNESSETH: That the said party of the first part for and in consideration of $1.00, the receipt of which is hereby acknowledged, has bargained, sold and does by these presents bargain, sell, remise, release, and forever quit-claim to the said party of the second part, his heirs and assigns, all the right, title, interest, claim or demand which the said party of the first part has or may have had in and to

See Exhibit "A" attached hereto and made a part hereof.

TO HAVE AND TO HOLD the said described premises unto the said party of the second part his heirs and assigns, so that neither the said party of the first part nor his heirs nor any other person or persons claiming under him shall at any time, claim or demand any right, title or interest to the aforesaid described premises or its appurtenances.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and affixed his seal the day and year above written.
Signed, sealed and delivered in presence of

WITNESS

NOTARY PUBLIC, State of Georgia
My Commission Expires _____

Kem T. Bamberg

REAL ESTATE TRANSFER TAX
HENRY COUNTY
SUPERIOR COURT

NOV 0 3 2003

PAID $ _____
CLERK OF SUPERIOR COURT

Exhibit "A" A-6

A

469
136

BOOK 2469 PAGE 136

RE'CD IN BK 2469
PAGE 136
DATE RECD 12-30-96
CLERK 2d _____

DEC 27  10 09 AM '96

FILED IN OFFICE
CLERK OF SUPERIOR COURT
HENRY COUNTY, GA.

ANDERSEN, DAVIDSON & TATE, P.C.
P. O. BOX 2000
LAWRENCEVILLE, GA 30246-2000

# W A R R A N T Y   D E E D

**STATE OF GEORGIA**

**COUNTY OF GWINNETT**

This Indenture made this ___20th___ day of ___DECEMBER___, in the year One Thousand Nine Hundred Ninety-Six, between

## JOHN BAMBERG

of the County of HENRY, State of Georgia, as party or parties of the first part, hereinafter called Grantor, and

**JOHN BAMBERG AND KEM T. BAMBERG, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP**

as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

W I T N E S S E T H that: Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

All that tract or parcel of land lying and being in Land Lot 28 of the 12th District of Henry County, Georgia, being shown and designated as Lot 41, Eagle Ridge Subdivision, Unit IV, Henry County, Georgia, according to a Plat of Subdivision recorded in Plat Book 24, Page 254, Henry County, Georgia Records, which Plat is incorporated by reference herein and made a part hereof.

Subject to that certain Security Deed of even date to HomeSouth Mortgage Corporation.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

_____ (Seal)
Witness

_____ (Seal)
JOHN BAMBERG

_____
Notary Public

_____ (Seal)

GEORGIA HENRY COUNTY
I CERTIFY THAT THE FOREGOING
IS A TRUE AND EXACT COPY OF THE
ORIGINAL WHICH APPEARS OF RECORD
IN THIS OFFICE. BK 2469
PG 136
IN WITNESS WHEREOF I HAVE
THIS 21 DAY OF April 2014
AFFIXED MY SEAL AND SIGNATURE
BARBARA L. HARRISON - HENRY SUPERIOR COURT

HENRY COUNTY GEORGIA
REAL ESTATE TRANSFER TAX
PAID $ -0-(under 100.00)
DATE 12-27-96
Aaron E. Taylor
Clerk of Superior Court

031980

Exhibit "A-7"



PLAT BOOK 24 PAGE 254

When Recorded, Return to:

Bamberg Family Irrevocable Living Land Trust
749 Johnson Court
Stockbridge, GA 30281

# DECLARATION OF HOMESTEAD

1. I, Kem Bamberg, DO HEREBY DELCARE:

2. THAT MY MAILING ADDRESS FOR MY HOMESTEAD IS:
      749 Johnson Court
      Stockbridge, GA 30281

3. I am now residing on the Land and premises located in the city of Stockbridge, County of Henry, State of Georgia, known and legally described as:

**ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 28 of the 12th District of Henry County, Georgia and being Lot 41, EAGLE RIDGE SUBDIVISION UNIT IV, according to a plat of subdivision recorded in Plat Book 24, Page 264, Henry County, Georgia records, to which reference is hereby made for the purpose of incorporating the same herein. Said legal description being controlling, however the property is more Commonly known as 749 Johnson Court, Stockbridge, Georgia 30281.**

4. I am DECLARED HOMESTEAD HEAD OF HOUSEHOLD OWNER OF THE DECLARED HOMESTEAD.

5. NO FORMER DECLARATION OF HOMESTEAD HAS BEEN MADE BY ME EXCEPT AS HAS BEEN ABANDONED.



Exhibit "B" A-9

DATE: May 29, 2014

Signature: Kem Bamberg

STATE OF GEORGIA
COUNTY OF HENRY

I Kem Bamberg being duly sworn on oath, deposes and says:  that as signer to this DECLARATION OF HOMESTEAD, all statements made herein are true and correct to the best of my knowledge and belief.
On this 29 day of May, 2014 before me,
Mike Zabetakis, personally appeared Kem Bamberg, know to me (or satisfactorily proven) to the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same as Homestead for the purposes therein contained.

In witness whereof I hereunto set my hand and official seal

Mike Zabetakis

Notary Public

MIKE ZABETAKIS
Notary Public, Clayton County, GA
My Comm. Expires Aug. 26, 2015

Title (and Rank)
My commission expires 08/26/2015

2

Exhibit A-10

Return To:                          Cross Index:
The Geheren Firm PC                 Deed Book 6521, Page 35
4828 Ashford Dunwoody Road          Henry County
2nd Floor                Georgia Records
Atlanta, Georgia 30338
File No. D13-436 Bamberg

Doc ID: 016374340008 Type: FCD
Recorded: 09/17/2013 at 02:58:08 PM
Fee Amt: $16.00 Page 1 of 8
Transfer Tax: $0.00
Henry, GA Clerk of Superior Court
Barbara Harrison Clerk of Court

State of __MS__ ___ PT-61 075-20 13-6944
County of __forrest__

BK **13288** PG **142-144**

## DEED UNDER POWER OF SALE

THIS INDENTURE made as of this 3rd day of September, 2013, by
John Bamberg (hereinafter referred to as "Borrower"), acting
through its agent and attorney-in-fact, Regions Bank s/b/m Union
Planters Bank, N.A. (hereinafter referred to as "Lender"), as
party of the First Part ("Grantor"), and, SRP Sub, LLC as party of
the Second Part ("Grantee"):

### W I T N E S S E T H:

WHEREAS, Borrower on September 29, 2003 executed and
delivered to Union Planters Bank, N.A., that certain Security
Deed, dated September 29, 2003 and recorded in Deed Book 6521,
Page 35, Henry County, Georgia records, (the "Security Deed"), the
Security Deed being given to secure that certain Promissory Note
(the "Note") dated of even date therewith in the original
principal amount of ONE HUNDRED SEVENTY-SEVEN THOUSAND TWO
HUNDRED DOLLARS AND NO CENTS ($177,200.00); and

WHEREAS, the indebtedness secured by the Security Deed having
been declared due and payable in full by reason of default in
payment under the Note, and having remained in default according
to the terms of the Security Deed and the Note; and

WHEREAS, Lender advertised said property once a week for four
weeks in the legal newspaper in Henry County, wherein the Sheriff
carries his advertisement, namely the Henry Daily Herald, said
dates of publication being the four consecutive weeks preceding
the sale and said advertisement in all respects did comply with
the requirements of the power of sale in the Security Deed; and

Exhibit    B

WHEREAS, The Notice of Foreclosure Sale as required by O.C.G.A. §§ 44-14-162.2 AND 162.4 and a copy of Notice of Sale submitted to the publisher was provided to Borrower and least thirty (30) days prior to the foreclosure sale date.

WHEREAS, on September 3, 2013, Lender did expose said property for sale to the highest bidder for cash on the first Tuesday in September, 2013, within the legal hours of sale at public outcry to the highest bidder for cash before the Courthouse door in Henry County, Georgia when and where Grantee was the highest bidder; and

WHEREAS, said sale was made for the purpose of paying the Note and other indebtedness secured by the Security Deed; and

WHEREAS, said property was knocked off to Grantee for the sum of SEVENTY-TWO THOUSAND ONE DOLLARS AND NO CENTS ($72,001.00); and

NOW, THEREFORE, the Party of the First Part, acting under and by power of attorney and power of sale contained in the Security Deed, and for and in consideration of Ten and No/100 Dollars ($10.00) in hand paid by virtue of the public sale aforesaid, and in consideration of the facts hereinabove recited, has bargained, sold and conveyed and does hereby bargain, sell and convey unto Grantee, its successors and assigns:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 28 OF THE 12TH DISTRICT, HENRY COUNTY, GEORGIA, BEING LOT 41, OF EAGLE RIDGE SUBDIVISION, UNIT IV, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 254, HENRY COUNTY, GEORGIA RECORDS, TO WHICH PLAT REFERENCE IS MADE FOR A MORE DETAILED DESCRIPTION.

TOGETHER WITH all and singular the rights, members, tenements, hereditaments, easements and appurtenances whatsoever, in any way belonging, relating or appertaining to any of the premises hereinabove mentioned or  which hereafter shall in any way belong, relate or be appurtenant thereto, whether now owned or hereafter acquired by Grantor, including but not limited to, all rents, profits, issues and revenues of the premises from time to time accruing, whether under leases or tenancies now existing or hereafter created.

TO HAVE AND TO HOLD the said premises and all parts, rights, members and appurtenances thereof, to the use, benefit and behoof of Grantee, its successors and assigns in FEE SIMPLE, and in as

Page **2** of **3**

Exhibit   B-1

full and ample manner as the Grantor did hold and enjoy the same. This Deed is made subject to the following, outstanding ad valorem taxes and/or assessments, if any; any matters which might be disclosed by an accurate survey and inspection of the property; and all easements, liens, covenants, restrictions, encumbrances, and matters of record which are prior to the Security Deed, if any.

IN WITNESS WHEREOF, Lender, as an agent and attorney-in-fact for Borrower, has hereunto affixed its hand and official seal the day herein first above written.

Regions Bank s/b/m
Union Planters Bank, N.A.,
As Attorney-in-Fact for
John Bamberg and/or
The Estate of John Bamberg

Signed, sealed and delivered
in the presence of:

By: _____
Joe Terrill
Title: Vice President

Witness: Kirsty R Bond

Notary: Mary T. Foster

Attest:

By: _____
Wendy McGinnis
Title: Vice President

My Commission Expires: 4-8-16

{Notary Seal}

{Corporate Seal}

Page 3 of 3

Exhibit B-2

Exhibit # B-3



06521
00035

Return to: McCain Law Firm
2901-A Piedmont Rd.
Atlanta, GA 30305

~~Return To:~~

Ron C. Bayless

BOOK **6521** PAGE **35**

DOC# 061849
FILED IN OFFICE
11/03/2003
04:11:18PM
BK:06521 PG:0035 *SD*
JUDITH A. LEWIS
CLERK OF
SUPERIOR COURT
HENRY COUNTY, GA

Prepared By:

1111 N. Westshore Blvd, Ste 401
Tampa, FL 33607

03·No4003 ———[Space Above This Line For Recording Data]———

# SECURITY DEED

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) **"Security Instrument"** means this document, which is dated    September 29, 2003    ,
together with all Riders to this document.
(B) **"Borrower"** is John Bamberg

Borrower is the grantor under this Security Instrument.
(C) **"Lender"** is Union Planters Bank, National Association

Lender is a National Association
organized and existing under the laws of    the United States of America    .

0495201540              0495201540                          cp 102.550
GEORGIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT         Form 3011 1/01

-6(GA) (0005)
Page 1 of 14    MW 05/00    Initials:
VMP MORTGAGE FORMS - (800)521-7291

GEORGIA INTANGIBLE TAX
HENRY COUNTY
SUPERIOR COURT

OCT 2 1 2003

PAID $  5.32.50                    +15

CLERK OF SUPERIOR COURT

Exhibit C

06521
00036

BOOK 6521 PAGE    36

Lender's address is   1111 N. Westshore Blvd,Ste 401, Tampa, FL 33607

Lender is the grantee under this Security Instrument.
(D) "Note" means the promissory note signed by Borrower and dated      September 29, 2003    .
The Note states that Borrower owes Lender One Hundred Seventy Seven Thousand Two
Hundred and no/100                                                                 Dollars
(U.S. $ 177,200.00          ) plus interest. Borrower has promised to pay this debt in regular Periodic
Payments and to pay the debt in full not later than      November 1, 2033    .
(E) "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."
(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(G) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☐ 1-4 Family Rider |
| ☐ VA Rider | ☐ Biweekly Payment Rider | ☒ Other(s) [specify] |

WAIVER OF BORROWERS RIGHTS

(H) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations,
ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final,
non-appealable judicial opinions.
(I) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other
charges that are imposed on Borrower or the Property by a condominium association, homeowners
association or similar organization.
(J) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by
check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic
instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit
or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller
machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse
transfers.
(K) "Escrow Items" means those items that are described in Section 3.
(L) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid
by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i)
damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the
Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the
value and/or condition of the Property.
(M) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on,
the Loan.
(N) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the
Note, plus (ii) any amounts under Section 3 of this Security Instrument.
(O) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its
implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to
time, or any additional or successor legislation or regulation that governs the same subject matter. As used
in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard
to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage
loan" under RESPA.

0495201540                         0495201540                                        cp 102.550

⬤ -4(GA) (0005)                    Page 2 of 14          Initials: _____        Form 3011  1/01

Exhibit  C-1

06521
00037

BOOK 6521 PAGE 37

(P) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY
This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby grant and convey to Lender and Lender's successors and assigns, with power of sale, the following described property located in the
County                              of                              Henry                              :
         [Type of Recording Jurisdiction]              [Name of Recording Jurisdiction]
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 28 OF THE
12TH DISTRICT, HENRY COUNTY, GEORGIA, BEING LOT 41, OF EAGLE RIDGE
SUBDIVISION, UNIT IV, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 254,
HENRY COUNTY, GEORGIA RECORDS; TO WHICH PLAT REFERENCE IS MADE FOR A
MORE DETAILED DESCRIPTION.

Parcel ID Number: 031A02144000                              which currently has the address of
749 Johnson Court                                                                              [Street]
Stockbridge                              [City] , Georgia         30281         [Zip Code]
("Property Address"):

TO HAVE AND TO HOLD this property unto Lender and Lender's successors and assigns, forever, together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S.

0495201540                              0495201540                                        cp 102.550

-6(GA) (0008)                              Page 3 of 14                              Initials                              Form 3011   1/01

Exhibit C-2

BOOK **6521** PAGE **48**

BORROWER ACCEPTS AND AGREES to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

IN WITNESS WHEREOF, Borrower has signed and sealed this Security Instrument.

_____(Seal)
                          -Borrower

John Bamberg _____(Seal)
                          -Borrower

_____(Seal)
                          -Borrower

_____(Seal)
                          -Borrower

_____(Seal)
                          -Borrower

_____(Seal)
                          -Borrower

_____(Seal)
                          -Borrower

_____(Seal)
                          -Borrower


STATE OF GEORGIA, _Fulton_        County ss:
Signed, sealed and delivered in the presence of:

Unofficial Witness

Notary Public,
State of Georgia                  County

0495201540          0495201540                     cp 102,550

-6(GA) (0005)       Page 14 of 14              Form 3011   1/01

Exhibit  C-3

06521
00050

GEORGIA -

BOOK **6521** PAGE **50**

GRANTOR: John Bamberg

LENDER: Union Planters Bank, National Association

DATE OF SECURITY DEED: September 29, 2003

## WAIVER OF BORROWER'S RIGHTS

BY EXECUTION OF THIS PARAGRAPH, GRANTOR EXPRESSLY: (1) ACKNOWLEDGES THE **RIGHT TO ACCELERATE** THE DEBT AND THE **POWER OF ATTORNEY** GIVEN HEREIN TO LENDER TO SELL THE PREMISES BY NONJUDICIAL FORECLOSURE UPON DEFAULT BY GRANTOR WITHOUT ANY JUDICIAL HEARING AND WITHOUT ANY NOTICE OTHER THAN SUCH NOTICE AS IS REQUIRED TO BE GIVEN UNDER THE PROVISIONS HEREOF; (2) **WAIVES** ANY AND ALL RIGHTS WHICH GRANTOR MAY HAVE UNDER THE FIFTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES, THE VARIOUS PROVISIONS OF THE CONSTITUTION FOR THE SEVERAL STATES, OR BY REASON OF ANY OTHER APPLICABLE LAW TO NOTICE AND TO JUDICIAL HEARING PRIOR TO THE EXERCISE BY LENDER OF ANY RIGHT OR REMEDY HEREIN PROVIDED TO LENDER, EXCEPT SUCH NOTICE AS IS SPECIFICALLY REQUIRED TO BE PROVIDED HEREOF; (3) ACKNOWLEDGES THAT GRANTOR HAS READ THIS DEED AND SPECIFICALLY THIS PARAGRAPH AND ANY AND ALL QUESTIONS REGARDING THE LEGAL EFFECT OF SAID DEED AND ITS PROVISIONS HAVE BEEN EXPLAINED FULLY TO GRANTOR AND GRANTOR HAS BEEN AFFORDED AN OPPORTUNITY TO CONSULT WITH COUNSEL OF GRANTOR'S CHOICE PRIOR TO EXECUTING THIS DEED; (4) ACKNOWLEDGES THAT ALL WAIVERS OF THE AFORESAID RIGHTS OF GRANTOR HAVE BEEN MADE KNOWINGLY, INTENTIONALLY AND WILLINGLY BY GRANTOR AS PART OF A BARGAINED FOR LOAN TRANSACTION; AND (5) AGREES THAT THE PROVISIONS HEREOF ARE INCORPORATED INTO AND MADE A PART OF THE SECURITY DEED.

READ AND AGREED BY GRANTOR:

Signed, Sealed and delivered in the presence of:

_____ (Seal)
John Bamberg                -Grantor

_____ (Seal)
                            -Grantor

Notary Public

_____ (Seal)
                            -Grantor

_____ (Seal)
                            -Grantor

## CLOSING ATTORNEY'S AFFIDAVIT

Before the undersigned attesting officer personally appeared the undersigned closing attorney, who, having been first duly sworn according to law, states under oath as follows:

In closing the above loan, but prior to the execution of the Deed to Secure Debt and "Waiver of the Borrower's Rights" by the Borrower(s), I reviewed with and explained to the Borrower(s) the terms and provisions of the Deed to Secure Debt and particularly the provisions thereof authorizing the Lender to sell the secured property by a nonjudicial foreclosure under a power of sale, together with the "Waiver of Borrower's Rights" and informed the Borrower(s) of Borrower's rights under the Constitution of the State of Georgia and the Constitution of the United States to notice and a judicial hearing prior to such foreclosure in the absence of a knowing, intentional and willing contractual waiver by Borrower(s) of Borrower's rights. After said review with and explanation to Borrower(s), Borrower(s) executed the Deed to Secure Debt and "Waiver of Borrower's Rights."

Based on said review with and explanation to the Borrower(s), it is my opinion that Borrower(s) knowingly, intentionally and willingly executed the waiver of Borrower's constitutional rights to notice and judicial hearing prior to any such nonjudicial foreclosure.

Sworn to and subscribed before me  John Bamberg

                                              on the date set forth above.

_____                    _____
Notary Public                                Closing Attorney

## FORECLOSURE CLOSING DISCLOSURE

O.C.G.A. Section 7-1-1014(3) requires that we inform you that if you fail to meet any condition or term of the documents that you sign in connection with obtaining a mortgage loan you may lose the property that serves as collateral for the mortgage loan through foreclosure.

_____
John Bamberg

_____

Exhibt C.4

Jun. 20. 2014  2:55PM

## IN THE MAGISTRATE COURT OF HENRY COUNTY
## STATE OF GEORGIA

SRP SUB LLC                          )   Case #:  2013-4804CD
                   Plaintiff.        )
                                     )
         VS                          )
BAMBERG, JOHN,                       )
                                     )   Dispossessory
                                     )
ALL OTHER OCCUPANTS                  )
                   Defendant.        )
                                     )

### NOTICE OF HEARING

The Plaintiff having requested that this case be placed back on a calendar after being remanded back to Magistrate Court from Federal Court, the court will hold a hearing upon this claim on 06/24/2014 at 09:00 AM at One Judicial Center Suite 260. McDonough, GA 30253 (770) 288-7700.

This notice is given to you or your attorney, if you have an attorney of record.

All parties are hereby required to be and appear before this court at said date and time and present any and all evidence which may bear on the matter.  If you wish to have witnesses summoned, contact the Clerk of the court.  If you have a legitimate request for a continuance of hearing, this court requires a minimum 24 hour notice.

Witness the Honorable WESLEY J SHANNON, Magistrate Judge of said Court, this 19th day of June. 2014.

Clerk/Deputy Clerk

Copies mailed to all parties this 19th day of June, 2014

STRICT DRESS CODE: NO SHORTS, TANK TOPS OR FACIAL JEWELRY ALLOWED IN COURT.

Exhibit "D"

06/28/2013

The Estate of John Bamberg,
    Kem T. Bamberg
749 Johnson Court
StockbridgeGa, 30281

Doc ID: 016252640011 Type: AFF
Recorded: 07/01/2013 at 03:47:00 PM
Fee Amt: $30.00 Page 1 of 11
Henry, GA Clerk of Superior Court
Barbara Harrison Clerk of Court
BK **13168** PG **40-50**

Regions Mortgage.
215 Forrest Street
Hattiesburg,MS 39401-3476

### QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, FOIA REQUEST, SIGNATURE REVOCATION, and AFFIDAVIT.

Please be advised that this letter is a "qualified written request," DEMAND, AFFIDAVIT and Amendment in compliance with RESPA and under the DEED OF TRUST/SECURITY AGREEMENT/NOTE created namely the Loan # 0495201540.

Reference: JOHN BAMBERG ,KEM T. BAMBERG Account Number: # 0495201540

To whom it may concern,

This letter is to inquire about the accounting and servicing of this agreement and my need for understanding and clarification of various sale, transfer, funding source, legal and beneficial ownership, charges, credits, debits, transactions, reversals, actions, payments, inception of my loan to the present date.

To this date, the information, documents I have, that you have sent, and the many conversations with your customer representatives/agents, have been unproductive and have not answered many or any questions.

It has come to my attention that your company may have been accused of engaging in one or more predatory servicing or lending and servicing schemes. As a consumer, I am



extremely troubled to know about such practices by anyone; let alone **REGIONS MORTGAGE,** or anyone who has any interest in this matter. I am concerned that such abuses are targeting the **uneducated** and **uninformed/unaware** consumer and disadvantaged, poor, elderly and minority Americans.

Regardless, I am most concerned. This situation worries me that potential fraudulent and deceptive practices by unscrupulous brokers; sales and transfers of credit and or servicing rights; deceptive and fraudulent accounting tricks and practices may have also negatively affected any credit rating, loan account and/or the debt or payments that I am currently, or may be legally obligated to.

At this time, I hereby demand absolute first hand evidence from you of the original blue ink signature of the note to verify holder in due course of this alleged debt and or security regarding account #0495201540.

In the case, that you do not supply me with the very security it will be a positive confirmation on your part that you never really created and owned my note. I also hereby demand that a chain of transfer from you to wherever the security is now be promptly sent to me as well. Absent of the actual evidence of the security I have no choice, but to dispute the validity of your lawful ownership, funding, entitlement right, and the current debt you allege I owe. By debt I am referring to the principle balance you claim I owe; the calculated monthly payment and any fees claimed to be owed by you or any trust or entity you may service or sub-service for.

To independently validate this debt, I need you to conduct a complete exam, audit, review and accounting of this account from its inception through the present date. Upon receipt of this letter, please refrain from reporting any negative credit information to any credit reporting agency until you respond to each of the above mentioned requests.

E-1

I also request that you kindly conduct this investigation and audit of this account by a certified public neutral party, since its origination to validate the debt you currently claim I owe. I would like you to validate this debt so that it is accurate to the penny.

Please do not rely on previous servicers or originator records, assurances or indemnity agreements and refuse to conduct a full audit and investigation of this account. I understand that potential abuses by you or previous services could have deceptively, wrongfully, unlawfully, and/ or illegally: 1) Increased the principal balance I owe; 2) decreased the proper amount applied and attributed toward principle on this account; and/ or 3) assessed, charged and/ or collected fees, expenses and miscellaneous charges I am not legally obligated to pay under this DEED OF TRUST/ SECURITY AGREEMENT/NOTE.

It is extremely urgent that you insure that I have not been victim of such predatory servicing or lending practices.

To insure this, I am authorizing a thorough review, examination, accounting and audit of account # 0495201540 by a neutral auditing, CPA, and predatory servicing or lending expert. This exam and audit will review this account file from the date of initial contact, application and the origination of this account to the present date written above.

Again this is a Qualified Written Request under the DEED OF TRUST/SECURITY AGREEMENT/ NOTE and my fiduciary will provide for me the substantial penalties and fines for non-compliance or failure to answer my questions provided in this letter within ten (10) days of its receipt.

In order to conduct the examination and audit of this loan, I need to have **full** and **immediate disclosure** including copies of all pertinent information regarding this loan. The documents, requests and answers to my questions are needed by me and others to unsure that this loan:

1. Was originated in lawful compliance with all federal and state laws, regulation including, but not limited to Title 62 of the Revised Statutes of the Fair Debt Collection Act, and other laws such as Real Estate Settlement Procedure Act 12 U.S.C. § 2601 et. seq.; that any and all sales or transfers of this account or monetary instrument, was conducted in accordance with proper laws and was a lawful sale with **COMPLETE** disclosure to all parties with an interest. This request requires signatures of both parties that constitute a loan. As you know, it takes two or more parties signature, meeting of the minds, and exchange of valuable consideration to create a valid contract.

That, the claimed holder in due course of the monetary instrument/title/asset/note is holding such note in compliance with statutes, State and Federal laws and is entitled to the benefits of payments.

That, all good faith and reasonable disclosures of transfers, sales, Power of Attorney, monetary instrument ownership, entitlements, full disclosure of actual funding source, terms, costs, commissions, rebates, kickbacks, fees, etc. where and still are properly disclosed to me.

That, each servicers and/or sub servicers of this loan and or agreement has serviced this loan and or agreement in accordance with statute, law, and the terms of agreement, monetary instrument and or title.

That this agreement and or loan account has properly been credited, debited, adjusted, amortized and charged correctly; that the principal and fees have been properly calculated and applied to this loan.

That any principal balance has been properly calculated, amortized and accounted for; that no charges, fees or expenses, not obligated by me in any agreement, have been charged, assessed or collected from this account.

In order to validate this debt and audit this account, I need copies of pertinent documents to be provided to me. I also need answers, <u>certified</u> in writing, under penalty of perjury to various servicing questions described below.

E 2

For each record kept on computer or in any other electronic file or format, please provide a paper copy of all information in each field or record in each computer system, program or database used by you that contains any information on this account number or my name,

As such, please send to me and my Notary Fiduciary at: 3260 Ward Dr SW ,Atlanta , Georgia 30354, copies of the documents requested below as soon as possible.

Please also provide copies of:

1)        Any certified or un-certified security, front and back, used for the funding of account # 0495201540.

2)        Any and all "Pool Agreement(s)", including account # 0495201540 between REGIONS MORTGAGE., and any government sponsored entity, hereinafter (GSE).

3)        Any and all "Deposit Agreement(s)" regarding any "Pool Agreement" including account# 0495201540, between REGIONS MORTAGE. and any GSE.

4)        Any and all "Servicing Agreement(s)" between  REGIONS MORTGAGE. and any GSE.

5)        Any and all "Custodial Agreement(s)" between, REGIONS ,MORTGAGE and any GSE.

6)        Any and all "Master Purchasing Agreement" between. REGIONS MORTGAGE,  # 0495201540 and any GSE.

7)   **DEED OF TRUST/SECURITY AGREEMENT,REGIONS MORTGAGE, LOAN #** 0495201540 and any GSE.

8)        Any and all "Commitment to Guarantee" agreement(s) between REGIONS MORTGAGE., LOAN # 0496201540 and any GSE.

9)        Any and all "Commitment to Guarantee" agreement(s) between REGIONS MORTGAGE., LOAN # 0495201540 and any GSE.

10)        Any and all "Release of Document" agreement(s) between  REGIONS MORTGAGE, LOAN # 0495201540 and any GSE.

11)        Any and all "Master Agreement for Servicer's Principle and Interest Custodial Account" between REGIONS   MORTGAGE, LOAN # 0495201540 and any GSE.

12)        Any and all "Servicers Escrow Custodial Account" between REGIONS MORTGAGE, LOAN # 0495201540 and any GSE.

13)        Any and all "Release of Interest" agreement(s) between REGIONS MORTGAGE,  LOAN # 0495201540 and any GSE.

14)        Please send to the Purchaser a copy of any and all document(s) establishing any Grantor for this Title **and** any NOTE.

F-L)

15)     All assignments, transfers, allonge, or other document evidencing a transfer, sale or assignment of this loan, monetary instrument or other document that secures payment by me to this obligation in this account from the inception of this account to the present date.

16)     The front and back of each and every canceled check, money order, draft, debit or credit notice issued to any Servicers of this account for payment of any monthly payment, other payment, late charge, fee or expense on this account.

17)     The front and back of each and every canceled check, draft, or debit notice issued for payment of closing costs, fees and expenses listed on any and all disclosure statements(s) including, but not limited to, appraisal fees, etc.

18)     Front and back copies of all payment receipts, checks, money, orders, drafts, automatic debits and written evidence of payments made by other or me on this account.

19)     All letters, statements and documents sent to me by your company.

20)     All letters, statement and documents sent to me by your agents, attorneys or representatives of your company.

21)     All agreements, contracts and understandings with vendors that have been paid for any charge on this account from the inception of this account to the present date.

22)     All account servicing records, payment payoffs, payoff calculations, payment records, transaction histories, account histories, accounting records, ledgers, and documents that relate to the accounting of this account from the inception of this account until present date.

23)     All account servicing transaction records, ledgers, registers and similar items detailing how this account has been serviced from the date of inception of this account until present date.

24)     Who loaned the money for this loan, or was it funded by MY OWN, JOHN BAMBERG,KEM BAMBERG pass-through account known as MY Social Security Number.

Further, In order to conduct the audit and review of this account, and to determine all proper amounts due, I need the following answers to questions concerning the servicing and accounting of this account from its inception to the present date. Accordingly, can you please provide me, in writing, the answers to the questions listed below.

## ACCOUNT ACCOUNTING & SERVICING SYSTEMS

1)  Please indentify for me each account accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date, so that these experts can decipher the data provided.

E - 5

2) For each account accounting and servicing system identified by you and any sub-servicers or previous servicers from the inception of this account to the present date; please provide the name and address of the company or party that designed and sold the system.

3) For each account accounting and servicing system used by you and any sub-servicers or previous servicers from the inception of this account to the present date, please provide the complete transaction code list for each systems so that I and others can adequately audit this account.

## DEBITS & CREDITS

1) In a spreadsheet form or in letter form in columnar format, please detail for me each and every credit on this account and the date such credit was posted tot his account, as well as the date any credit was received.

2) In a spreadsheet form or in letter form in a columnar format, please detail for me each and every debit on this account and the date debit was posted to this account as well as the date any debit was received.

3) For each debit or credit listed, please provide me with the definition for each corresponding transaction code you utilize?

4) For each transaction code, please provide me with the master transaction code lost used by you or previous servicers.

## LATE FEES

For purposes of my questions below dealing with late fees, please consider the terms late fees and late charges to be one in the same.

1) Have you reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

2) Has any previous servicers or sub-servicers of this loan reported the collection of late fees on this account as interest in any statement to me or to the IRS? Yes or No?

3) Do you consider the payment of late fees as liquidated damages to you for not receiving payment on time? Yes or No?

4) Are late fees considered interest? Yes or No?

5) Please detail for me in writing what expenses and damages you incurred for any payment I made that was late.

6) Were any of these expenses or damages charged or assessed to this account in any other way? Yes or No?

7) If yes, please describe what expenses or charges were charged or assessed to this account?

8) Please describe for me in writing what expenses you or other undertook due to any payment I made, which was late?

9) Please describe for me in writing what damages you or others undertook due to any payment I made, which was late?

10) Please identify for me in writing the provision, paragraph, section or sentence of any note, or any agreement I signed authorized the assessment or collection of late fees?

11) Please detail and list for me in writing each separate late fee assessed to this account and for which corresponding payment period or month such late fee was assessed from the inception of this account to present date.

12) Please detail and list for me in writing each separate late fee collected from this account and for which corresponding payment period or month such late fee was collected from the inception of this account to the present date.

13) Please detail and list for me in writing any adjustments in late fees assessed and on what date such adjustments were made and the reason for such adjustments.

14) Has interest been charged on any late fee assessed or charged to this account? Yes or No?

15) Is interest allowed to be assessed or charged on late fees to this account? Yes or No?

16) Have any late charges been assessed to this account? Yes or No?

17) If yes, how much in total late charges have been assessed to this account from the inception of this account until present date? **PLEASE PROVIDE THE AMOUNT**.

18) Please provide me with the exact months or payment dates you or other previous servicers of this account claim I have been late with a payment from the inception of this account to the present date.

19) Have late charges been collected on this account from the inception of this account until present date? Yes or No?

20) If yes, how much in total late charges have been collected on this account from the inception of this account until present date?

**Power of Attorney: When REGIONS MORTGAGE, , and or any other entities notice here** fails by not rebutting to any part of this "Request" REGIONS MORTGAGE , and or any other entities noticed here, agrees with the granting unto KEM BAMBERG unlimited **Power of Attorney** and any and all full authorization in signing or endorsing. **REGIONS MORTGAGE, or any other entities noticed here including any/all named SUCCESSOR, ASSIGNS, TRANSFEREE,** name upon any instrument in satisfaction of the obligation(s) of this REQUEST/Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceedings shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by **REGIONS MORTGAGE , or any other entities**

**noticed here** waives any and all claims of JOHN BAMBERG, KEM T. BAMBERG of, and or defenses and remains in effect until satisfaction of all obligation(s) by **REGIONS MORTGAGE , or any other entities noticed here** has been satisfied.

**<u>Effective immediately Buyer, Purchaser, Grantor, Trustor, JOHN BAMBERG, KEM T. BAMBERG</u>** forever Revokes, Cancels, Voids, Rescinds any Power of Attorney, authority or other granted, granting by signatures, assigned or assigning to any parties, including **REGIONS MORTGAGE. or any other entity noticed here** and namely alleged present REGIONS MORTGAGE, and any appointment made by them, including all Trustee(s), Successor Trustee (s), Beneficiary(s), any and all successors, and/or substitutes.

**I, ESTATE OF JOHN BAMBERG ,KEM T. BAMBERG hereby revoke and withdraw any and all power and authority in the matter of REGIONS MORTGAGE., LOAN # 0495201540 conferred therein. YOU ARE NO LONGER TRUSTEE(s), SUCCESSOR TRUSTEE(s) or BENEFICIARY(s). CEASE AND DESIST ALL ACTIONS OF ASSIGNMENT(s) or APPOINTMENT BY ABOVE ENTITY. CONTINUED ACTION MAY RESULT IN LEGAL ACTIONS AGAINST YOU.**

Dated on the  28  day of  JUNE , 2013.

BY: _____

ESTATE OF JOHN BAMBERG, KEM T. BAMBERG    TRUSTOR/GRANTOR

**Certificate of Acknowledgment of Notary Public**

STATE OF GEORGIA          )
HENRY                                  ) ss
~~HENRY~~ COUNTY                )

On this 28 day of, June , 2013 came before me the Affiants living flesh and blood woman to oath and attest and affirm the signature is true, complete, and correct on the foregoing affidavit. Richard Minter undersigned, who is personally known by me or upon proper oath and identification a notary public in and for said state, personally appeared before me.

~ &



May 9, 2013

Via Certified Mail 70012510000856219490

Estate of John Bamberg
749 Johnson Court
Stockbridge, GA 30281

RE:     Estate of John Bamberg
        Loan Number: 0495201540

Dear Ms. Bamberg,

We are in receipt of your letter dated May 1, 2013. As you are aware, in order to protect our customer's right to financial privacy and abide by the Federal Privacy Act, we ask that you please provide us with a letter of testamentary, or recorded will as evidence of your role as executrix, or personal representative. Once the signed authorization is received we will respond, to the degree we are able. The authorization can be faxed to 601-554-2924 Attention: Ronald Schmidt or it may be mailed to Regions Mortgage, Attention: Ronald Schmidt, P.O. Box 110, Hattiesburg, MS 39403-0110.

This acknowledgement should not be construed as a determination by us that your letter is a "Qualified Written Request" under the Real Estate Settlement Procedures Act, 12 U.S.C. 2605(e). If we determine your communication is not a "Qualified Written Request," no further response may be made. Otherwise, we will respond in the time allowed by law.

Should you have any questions or concerns regarding this letter, please call one of our Quality Assurance Specialist at 1-800-986-2462, extension 2775, between the hours of 8:00 a.m. and 5 p.m. Central Time, Monday through Friday.

Sincerely,

Ronald Schmidt
Research Specialist
Servicing Performance Assurance

If this loan is included in an active bankruptcy case and was not reaffirmed by order of the Bankruptcy Court, or if you received a bankruptcy discharge associated with this loan, this letter is provided for informational purposes only in accordance with the terms of the mortgage loan agreement and is not an attempt to collect, recover, or offset any discharged debt previously incurred by you.

Exhibit "F"

United States Bankruptcy Court
Northern District of Georgia

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 13 of the United States Bankruptcy Code,
entered on 07/01/2013 at 3:25 PM and filed on 07/01/2013.

**Kem T. Bamberg**
749 Johnson Court
Stockbridge, GA 30281
SSN / ITIN: xxx-xx-5310
*aka* **Kem Bamberg**



The case was assigned case number 13-64524-.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor
and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the
debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the
Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet*
home page http://ecf.ganb.uscourts.gov/index.html or at the Clerk's Office, 1340 Russell Federal Building, 75 Spring Street,
SW, Atlanta, GA 30303.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important
deadlines.

                                         **M. Regina Thomas**
                                         **Clerk, U.S. Bankruptcy Court**

Exhibit " G "

Doc ID: 016349010009 Type: AFF
Recorded: 08/30/2013 at 04:14:50 PM
Fee Amt: $26.00 Page 1 of 9
Henry, GA Clerk of Superior Court
Barbara Harrison Clerk of Court
BK 13265 PG 70-78

Return Recorded Document To:
THE ESTATE OF JOHN BAMBERG
KEM BAMBERG
749 Johnson Court
Stockbridge, Georgia 30281

## Affidavit of Illegality – Security DEED

**STATE OF GEORGIA**

**COUNTY OF HENRY**

I, Kem Bamberg, swear that the following facts and statements are true and correct:

1. I am the owner of all tract or parcel of land lying and being in property described as: All that tract or parcel of land lying and being in:

   ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 28 OF THE 12TH DISTRICT, HENRY COUNTY, GEORGIA, BEING LOT 41, OF EAGLE RIDGE SUBDIVISION, UNIT IV, AS PER PLAT RECORDED IN PLAT BOOK 24, PAGE 254, HENRY COUNTY, GEORGIA RECORDS, TO WHICH PLAT REFERENCE IS MADE FOR A MORE DETAILED DESCRIPTION. Said property being known as 749 Johnson Court, Stockbridge, Georgia 30281 according to the present numbering system in Henry County.

2. I own 100% of all the security interest in the property listed in line one of this affidavit.

3. The Security Deed originally recorded by McCain Law Firm in Deed Book 6521, Page 35, Henry County, Georgia Records, for lender Union Planters Bank, National Association, and acquired by Regions Bank as referenced to the above subject property in line one(1) of this affidavit is FRAUDULENT.

4. John Bamberg is deceased and I, Kem Bamberg am the administrator of his estate probate case number 2013ES669.

5. You cannot sue a deceased person according to the law!

6. All agents, trustees, officers, legal representatives, shall become known as parties to this activity of Fraud, and all collection activities shall ceased and desisted by Federal and State of Georgia laws.

On this 30th day of August 2013 Stockbridge, Henry Town, Georgia.

Kem Bamberg, Affiant

Date: August 30th 2013

Notary Seal

SEE ALSO ATTACHMENTS AND EXHIBITS SEVEN PAGES OF
EXHIBIT A. AND DEATH CERTIFICATE.

Exhibit H



The Geheren Firm, P.C.
Real Estate Law and Commercial Litigation

4828 Ashford Dunwoody Rd, Suite 200
Dunwoody, GA 30338
678-587-9500 Telephone
678-587-9098 Office Fax

## RESPONSE TO REQUEST FOR DEBT VALIDATION

March 8, 2012

**VIA FIRST CLASS U.S. MAIL**
Kem Bamberg
749 Johnson Court
Stockbridge GA 30281

**Re Your Letter of March 2, 2012**
**Our File No. D11-575**

Dear Mrs. Bamberg:

I am an attorney representing Regions Bank, successor by merger to Union Planters Bank, National Association (see enclosed documentation regarding merger). I do not represent you, and neither this letter nor future communications from me or this office constitute legal advice.

I am in receipt of your letter faxed to our office on March 2, 2012 which made a demand for debt validation pursuant to the Fair Debt Collection Practices Act (FDCPA). Enclosed for your reference is a copy of the subject Note dated September 29, 2003 which was in the name of Mr. John Bamberg, and not in your name personally. At this time, this office is not attempting to collect a debt from you personally.

This communication is not intended to be an exhaustive recital of all of the facts in this matter or of my client's rights, does not admit any unaddressed allegations in the prior correspondence, but it is intentionally limited in scope. This letter is not intended to, and does not waive any rights or remedies of my client, or any acts or omissions by any person or entity, all of which are expressly reserved.

Sincerely,

Jim Fletcher

Exhibit "$I"

p91

CASE # 2013 ES 669

IN THE PROBATE COURT
COUNTY OF _HENRY_
STATE OF GEORGIA

AUG 2 7 2013
HENRY COUNTY PROBATE COURT

IN RE: ESTATE OF )
)
_JOHN BAMBERG_, )  ESTATE NO. _____
            DECEASED )

PETITION FOR LETTERS OF ADMINISTRATION

The petition of _____ ILEM   T.   BAMBERG _____

whose physical address(es) is/are ___749 JOHNSON CT, STOCKBRIDGE GA.___
                                   Street    City         County        State    Zip Code
and mailing address(es) is/are _____30281____HENRY_____
                                   Street    City         County        State    Zip Code

shows to the Court the following:

1.

_____John_____De_____Bamberg_____
(Full name of decedent)  First              Middle              Last

whose place of domicile was _749 JOHNSON CT, STOCKBRIDGE GA 30281_
                             Street    City         County        State    Zip Code    HENRY

departed this life on _April 28_, 20_11_, intestate.

2.

The above named decedent died without a valid Last Will and Testament.

3.

Listed below are the names of all the decedent's heirs with the age or majority status,
address, and relationship to decedent set opposite the name of each:

| Name | Age (or over 18) | Address | Relationship |
|---|---|---|---|
| John Charles Bamberg | 26 | Missouri | Deceased step |
| Cassandra Marie Bamberg | 24 | Missouri | son |
| John Bamberg's | | son and daughter | daughter |
| | | | |
| | | | |
| | | | |

GPCSF 3                               [1]                               Eff. July 2013

Exhibit  J